UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BCC PARTNERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22 CV 849 RWS |
| | ) | |
| TRAVELERS PROP. CAS. CO. OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on defendant's motion to extend all case management deadlines by 45 days (except the trial date).  ECF 28.  Plaintiff agrees to an extension of all deadlines, except for an extension of the expert designation deadline, which is currently set for April 10, 2023.  Defendant asserts that "all pre-trial work could easily be completed well before the trial date." ECF 28.  This statement ignores the fact that the proposed extension would also impact the dispositive motion deadline and deprive the Court of time necessary to rule on dispositive and Daubert motions.  Therefore, the Court cannot grant the requested extension of deadlines as currently proposed.

However, the Court agrees that defendant has shown the necessary exceptional circumstances required to amend the expert disclosure and other case management order deadlines.  Therefore, the Court will grant the motion to the extent it seeks modification of the expert disclosure deadline, but the parties should

confer on proposed amended deadlines and submit a joint proposed amended case management order within 10 days of the date of this Memorandum and Order. If the parties agree that no dispositive or Daubert motions will be filed in this matter, then the Court will keep the current trial date. Otherwise, the parties should propose alternative trial dates as well that are more than four months after any dispositive and Daubert motions are fully briefed.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for an extension of the case management order [28] is granted to the following extent: defendant does not have to comply with the April 10, 2023 expert disclosure deadline, and the parties shall submit a proposed amended case management order in accordance with the requirements set out above no later than 10 days from the date of this Memorandum and Order.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2023.