UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BCC PARTNERS, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 4:22 CV 849 RWS |
| | ) | |
| TRAVELERS PROP. CAS. CO. OF | ) | |
| AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |

## MEMORANDUM AND ORDER

Without objection from defendant and upon application of the relevant standards, the Court grants plaintiff's motion for attorney's fees incurred in connection with the motion to strike [45] and awards plaintiff a reasonable attorney's fee in the amount of $4,015.00.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees incurred in connection with the motion to strike [45] is granted, defendant shall pay plaintiff $4,015.00 in attorney's fees within ten (10) days of the date of this Memorandum and Order, and defense counsel shall file an affidavit of compliance by the same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2023.