UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BCC PARTNERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22 CV 849 RWS |
| ) | |
| TRAVELERS PROP. CAS. CO. OF ) | |
| AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Defendant filed as an exhibit in this case a jury verdict rendered in another case in this Court, Cause Number 4: 20 CV 1141 SRC.  ECF 84-2.  That jury verdict contains the names of the jurors and was filed under seal, with access restricted to only the Court and the case participants in that case (of which plaintiff was not one).  Yet defendant filed the jury verdict in this case without even requesting permission to do so under seal.  Defendant did not have the permission of the presiding judge[1] in the case to file the written verdict in this case, much less to do so without even moving to file it under seal.  The verdict will be stricken from the case by the Clerk's Office, and defendant should not attempt to refile the verdict, under seal or otherwise, in this case.  By this Memorandum and Order, the Court notifies Chief

---

[1] The Honorable Stephen R. Clark, Chief United States District Judge for the Eastern District of Missouri.

Judge Clark of defendant's improper filing in this case in the event that he deems further action should be taken.

Accordingly,

**IT IS HEREBY ORDERED** that Document 84-2 is hereby stricken from the docket in this case.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2024.